No. 1912, Misc.  FLEMING *v.* FIELD, MEN'S COLONY SUPERINTENDENT.  Sup. Ct. Cal.  Certiorari denied.

No. 1913, Misc.  BALLARD *v.* HARRISON, CORRECTIONS DIRECTOR, ET AL.  C. A. 6th Cir.  Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondents.

No. 1914, Misc.  REED *v.* DOYLE ET AL.  C. A. 3d Cir. Certiorari denied.

No. 1919, Misc.  HARDING *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 1923, Misc.  KOCH *v.* NEW JERSEY.  Super. Ct. N. J.  Certiorari denied.

No. 1938, Misc.  DAVIS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 1942, Misc.  BYE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 1957, Misc.  STEVENSON *v.* MANCUSI, WARDEN. C. A. 2d Cir.  Certiorari denied.

No. 1961, Misc.  DAVIS *v.* MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied. *W. S. Moore* for petitioner.

No. 1958, Misc.  HUTCHINSON *v.* NELSON, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.